No. 92–6327. NICKERSON v. LEE, SUPERINTENDENT, ROCK-
INGHAM CORRECTIONAL CENTER, ET AL. C. A. 4th Cir. Certio-
rari denied.

No. 92–6331. DAVIS v. BENTSEN, SECRETARY OF THE TREAS-
URY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–6337. STRICKLAND v. FLORIDA. Dist. Ct. App. Fla.,
2d Dist. Certiorari denied.

No. 92–6340. DAVERN v. UNITED STATES. C. A. 6th Cir.
Certiorari denied.

No. 92–6345. MONTERO v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 92–6353. SILVERS v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 92–6409. DISCHNER v. UNITED STATES; and
No. 92–6802. MATHISEN v. UNITED STATES. C. A. 9th Cir.
Certiorari denied. Reported below: 974 F. 2d 1502.

No. 92–6410. CRANK v. DUCKWORTH, SUPERINTENDENT, INDI-
ANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.

No. 92–6427. COWAN v. UNITED STATES. C. A. 9th Cir. Cer-
tiorari denied.

No. 92–6448. GILES v. HOTEL OAKLAND ASSOCIATES ET AL.
C. A. 9th Cir. Certiorari denied.

No. 92–6459. SELLAND v. UNITED STATES ET AL. C. A. 8th
Cir. Certiorari denied.

No. 92–6461. BEALL v. UNITED STATES. C. A. 7th Cir. Cer-
tiorari denied.

No. 92–6472. OJEBODE v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 92–6474. LEGER v. ILLINOIS. Sup. Ct. Ill. Certiorari
denied.